1    BARRY J. PORTMAN
     Federal Public Defender
2    COLLEEN MARTIN
     Assistant Federal Public Defender
3    555 - 12th Street
     Suite 650
4    Oakland, CA 94607-3627
     Telephone:  (510) 637-3500
5
     Counsel for Defendant ARTEAGA-QUINTEROS
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )      No. CR- 08-758 DLJ
                                      )
12                   Plaintiff,       )
                                      )      **STIPULATION AND  ORDER**
13   vs.                              )
                                      )
14   JESSE ARTEAGA-QUINTEROS,         )
                                      )
15                   Defendant.       )
     _____)
16

17            IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18   STATUS CONFERENCE currently scheduled for February 6, 2009, at 9:00 a.m. before the

19   Honorable D. Lowell Jensen, be continued to February 27, 2009, at 9:00 a.m.

             This continuance is sought because counsel for the defendant must be out of town on
20
     February 6, 2009, and February 20, 2009, and the Court is unavailable on February 13, 2009.
21
     Thus, the next available date for a status conference is February 27, 2009.  In addition, counsel
22
     for the defendant is continuing to investigate the case, and has requested additional discovery
23
     from the government.  The continued investigation and additional discovery are relevant to
24
     possible motions in the case.
25
             The parties further stipulate that the time from February 6, 2009 to February 27, 2009,
26

*U.S. v. Arteaga-Quinteros*, CR 08-758 DLJ
Stipulation and [Proposed] Order                    1

1

2   should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

3   3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel, taking into account due diligence.

4

5   DATED:  January 29, 2009                    _____/s/_____

6                                                        JOSHUA HILL
                                                        Assistant United States Attorney

7

8   DATED:  January 29, 2009                    _____/s/_____
                                                        COLLEEN MARTIN
                                                        Assistant Federal Public Defender

9                                                        Counsel for Jesse Arteaga-Quinteros

10

11                                          **ORDER**

12         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference

13  date in this case, currently scheduled for Friday, February 6, 2009, at 9:00 a.m. may be continued

14  to Friday, February 27, 2009, at 9:00 a.m. for status.

15         IT IS FURTHER ORDERED that the time from February 6, 2009 through February 27,

16  2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

17  §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends

18  of justice served by the granting of the continuance outweigh the best interests of the public and

19  the defendant in a speedy and public trial and the failure to grant the requested continuance

20  would unreasonably deny counsel the reasonable time necessary for effective preparation, taking

21  into account due diligence.

22         SO ORDERED.

23  DATED: 1/29/09                              _____

24                                                        HONORABLE D. LOWELL JENSEN
                                                        United States District Judge

25

26

*U.S. v. Arteaga-Quinteros*, CR 08-758 DLJ
Stipulation and [Proposed] Order                    2