BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ARTEAGA-QUINTEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-758 DLJ |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | |
| ) | |
| JESSE ARTEAGA-QUINTEROS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The defendant in this matter has filed motions to suppress, and the government has filed its opposition. Defendant's reply is currently due on April 24, 2009, and the matter is scheduled for a motions hearing on May 1, 2009 at 11:00 a.m.

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS HEARING currently scheduled for May 1, 2009, at 11:00 a.m. before the Honorable D. Lowell Jensen, be continued to May 8, 2009, at 11:00 a.m. It is further stipulated that the defendant's reply is due May 1, 2009.

    This continuance is sought because counsel for the defendant must complete additional investigation in order to reply to the government's opposition to the defendant's motions.

    Because the defendant has filed pretrial motions, the time until the motions hearing is

excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D). The parties further stipulate that the time between May 1, 2009 and May 8, 2009, should be additionally excluded in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, taking into account due diligence.

DATED:  April 20, 2009          /s/
                                JOSHUA HILL
                                Assistant United States Attorney

DATED:  April 20, 2009          /s/
                                COLLEEN MARTIN
                                Assistant Federal Public Defender
                                Counsel for Jesse Arteaga-Quinteros

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the MOTIONS HEARING date of May 1, 2009, is continued to May 8, 2009, and that defendant's reply to the motions is due May 1, 2009.

IT IS FURTHER ORDERED that the time from May 1, 2009, to May 8, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: April 21, 2009

_____
HONORABLE D. LOWELL JENSEN
United States District Judge

*U.S. v. Arteaga-Quinteros*, CR 08-758 DLJ
Stipulation and [Proposed] Order                2